UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANADA COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:17-cv-1424 |
| VC MEDICAL GROUP, d/b/a HEALTHY ) | |
| PLUS, LLC; HEALTHY PLUS, LLC; and ) | |
| SEAN BLEDSOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION
FOR APPROVAL OF SETTLEMENT AGREEMENT**

COMES NOW the Defendants VC Medical Group d/b/a Healthy Plus, LLC; Healthy Plus, LLC; and Sean Bledsoe (collectively, "Defendants"), by counsel, and with the consent of Plaintiff Hanada Cox ("Ms. Cox" collectively with Defendants, the "Parties"), jointly request this Court approve the Parties' proposed Settlement Agreement in this case, which includes a claim by Plaintiff arising under the minimum wage and overtime provisions of the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. Both Parties agree the proposed Settlement Agreement is fair and proper based on factors described in further detail in the attached memorandum in support of this motion.

Dated: September 7, 2018

| | |
|---|---|
| /s/ | /s/ |
| Philip C. Krone | Joshua Erlich |
| VA Bar No. 87723 | VA Bar No. 81298 |
| Cook Craig & Francuzenko, PLLC | The Erlich Law Office, PLLC |
| 3050 Chain Bridge Road, Suite 200 | 2111 Wilson Blvd, Suite 700 |
| Fairfax, VA 22030 | Arlington, VA  22201 |
| Tel: (703) 865-7480 | Telephone:    (703) 791-9087 |
| Fax: (703) 434-3510 | Facsimile:    (703) 351-9292 |
| Email: pkrone@cookcraig.com | jerlich@erlichlawoffice.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, a true copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will then send notification of this filing to the following:

    Christopher T. Craig, VA Bar No. 36983
    Philip C. Krone, VA Bar No. 87723
    Cook Craig & Francuzenko, PLLC
    3050 Chain Bridge Road, Suite 200
    Fairfax, VA 22030
    Tel: (703) 865-7480
    Fax: (703) 434-3510
    Email: jcook@cookcraig.com
           pkrone@cookcraig.com

*Counsel for Plaintiff*

    /s/
Joshua Erlich, VA Bar No. 81298
Davia Craumer, VA Bar No. 87426
Katherine Herrmann, VA Bar No. 83203
The Erlich Law Office, PLLC
2111 Wilson Blvd.
Suite 700
Arlington, VA  22201
Tel:    (703) 791-9087
Fax:   (703) 351-9292
Email: jerlich@erlichlawoffice.com
          dcraumer@erlichlawoffice.com
          kherrmann@erlichlawoffice.com

*Counsel for Defendants*