UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HANADA COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-1424 |
| ) | |
| VC MEDICAL GROUP, d/b/a HEALTHY ) | |
| PLUS, LLC; HEALTHY PLUS, LLC; and ) | |
| SEAN BLEDSOE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having reviewed the Parties' Joint Motion to Approve the Settlement Agreement in this matter, it is hereby **ORDERED** that the settlement agreement reached by the Parties is approved and shall take effect.

**SO ORDERED** this 10th day of September, 2018.

Anthony J. Trenga
United States District Judge
Hon. Anthony J. Trenga
United States District Judge